**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHARON M. EDWARDS**                                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:25-CV-00045-BSM**

**BAPTIST HEALTH,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE